UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| EUGENE MAZO, | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 3:20-cv-08336-ZNQ-TJB |
| v. | ) | |
| CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk, | ) ) ) | ORDER |
| E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk, | ) ) ) | |
| JOANNE RAJOPPI, in her official capacity as Union County Clerk, | ) ) ) | |
| TAHESHA WAY, in her official capacity as New Jersey Secretary of State, | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER having been opened to the Court by Plaintiff Eugene Mazo on March 5, 2024 by way of a status letter filed with the Court in which Plaintiff requested that certain discovery deadlines previously set by Court Order on January 22, 2024 be adjusted, and whereas the Court directed the parties to confer and submit a joint proposed amended schedule, and the consent of all counsel appearing below, it is hereby ORDERED as follows:

1. All document and interrogatory discovery shall be completed by May 17, 2024;

2. All fact discovery shall be completed by August 9, 2024;

3. Except as modified herein, the May 19, 2023 scheduling order of the Court shall remain in effect.

4. A status telephone conference will be held on June 13, 2024 at 10AM.

Dated:

                        So Ordered:

                        _____ April 10, 2024
                        HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

Counsel for all parties consent to the form and entry of this order.

Walter M. Luers, Esq.
COHN LIFLAND PEARLMAN
 HERMAN & KNOPF, LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201-845-9600, Ext. 144
wml@njlawfirm.com
Attorneys for Plaintiff Eugene Mazo

By:   /s/ Walter M. Luers
       Walter M. Luers
       A Member of the Firm

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant, Tahesha Way,
NJ Secretary of State

By:   s/George N. Cohen
       George N. Cohen
       Deputy Attorney General

Angelo J. Genova, Esq.
Daniel A. Lebersfeld, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
Attorneys for Defendant Christopher J. Durkin,
 Essex County Clerk

By:     s/Daniel A. Lebersfeld

Edward J. Florio, Esq.
Florio Kenny Raval
125 Chubb Avenue
Suite 310
Lyndhurst, New Jersey 07071
Attorneys for Defendant E. Junior Maldonado,
 Hudson County Clerk

By:     s/ Edward J. Florio

Moshood Muftau, Esq.
First Deputy County Counsel
Union County Counsel
10 Elizabethtown Plaza
Administration Building
Elizabeth, New Jersey 07207
Attorney for Defendant Joanne Rajoppi,
 Union County Clerk

By:     s/Moshood Muftau