

*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | PO BOX 112<br>TRENTON, NJ 08625-0112 | MICHAEL T.G. LONG<br>*Director* |

May 17, 2024

***Via CM/ECF***
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson F. Fisher Building &
 U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

  Re: Mazo v. Durkin, et al.
     Civil Action No. 20-8336 (ZNQ)(TJB)

Dear Judge Bongiovanni:

  Please accept this letter on behalf of Defendant Tahesha Way, New Jersey Secretary of State, in the above-captioned. Pursuant to the court's amended scheduling order, all document and interrogatory discovery is to be completed by May 17, 2024. Defendant Way has provided responses to Plaintiff's initial discovery requests and is in the process of completing its review of the remaining documents in response to Plaintiff's discovery requests.

  Defendant Way respectfully requests a two-week extension, to May 31, 2024, in which to respond to Plaintiff's remaining discovery requests. Plaintiff has consented to Defendant Way's



HUGHES JUSTICE COMPLEX · TELEPHONE: (609) 376-2955: FAX: (609) 292-6239
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

extension request. The requested extension should not impact the August 9, 2024 deadline for the completion of all fact discovery.

                Respectfully submitted,

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

By:  <u>s/George N. Cohen</u>
     George N. Cohen
     Deputy Attorney General
     George.Cohen@law.njoag.gov
     Attorney ID # 002941985

c:   All Counsel of Record
    via CM/ECF