UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| EUGENE MAZO, | Civil Action |
| *Plaintiff*, | 2:20-cv-08336-ZNQ-TJB |
| v. | CONSENT ORDER DISMISSING DEFENDANT TAHESHA WAY WITHOUT PREJUDICE |
| CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk, et al., | |
| *Defendants*. | |

This matter having come before the Court upon the application of Cohn Lifland Pearlman Herrmann & Knopf, LLP, by Walter M. Luers, on behalf of Plaintiff Eugene Mazo, to consent to the dismissal of Defendant Tahesha Way without prejudice and for good cause shown,

IT IS on this ____ day of _____, 2024 **ORDERED** that

1.     Defendant Tahesha Way is hereby **DISMISSED WITHOUT PREJUDICE**, including all counter-claims and cross-claims.

_____
Hon. Zahid N. Quraishi
United States District Judge

Counsel for all parties consent to the form and entry of this order.

Walter M. Luers, Esq.
COHN LIFLAND PEARLMAN
 HERMAN & KNOPF, LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
201-845-9600, Ext. 144

wml@njlawfirm.com
Attorneys for Plaintiff Eugene Mazo

By:    /s/ Walter M. Luers
        Walter M. Luers
        A Member of the Firm

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendant, Tahesha Way,
 NJ Secretary of State

By:    s/George N. Cohen
        George N. Cohen
        Deputy Attorney General

Angelo J. Genova, Esq.
Daniel A. Lebersfeld, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
Attorneys for Defendant Christopher J. Durkin,
 Essex County Clerk

By:    s/Daniel A. Lebersfeld

Edward J. Florio, Esq.
Florio Kenny Raval
125 Chubb Avenue
Suite 310
Lyndhurst, New Jersey 07071
Attorneys for Defendant E. Junior Maldonado,
 Hudson County Clerk

By:    s/ Edward J. Florio

Moshood Muftau, Esq.
First Deputy County Counsel
Union County Counsel
10 Elizabethtown Plaza
Administration Building
Elizabeth, New Jersey 07207

Attorney for Defendant Joanne Rajoppi,
 Union County Clerk

By:      s/Moshood Muftau_____