

Park 80 West-Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

*Attorneys at Law*      njlawfirm.com

Walter M. Luers, Esq.
wml@njlawfirm.com

August 26, 2024

**VIA CM/ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the
District of New Jersey
U.S. Courthouse
402 E. State Street, Courtroom 4W
Trenton, New Jersey 08608

**RE:  Mazo v. Durkin, et al.
Docket No. 3:20-cv-08336-ZNQ-TJB
Our File No. 40596-1**

Dear Judge Quraishi:

    We represent Plaintiff Gene Mazo in the above-referenced action. Pursuant to the agreement reached between Plaintiff and Defendant Secretary Tahesha Way and with the consent of all counsel, we file for the Court's consideration our proposed consent order dismissing Defendant Tahesha Way from this action without prejudice.

    If the Court has any questions regarding this communication or if we may be of any assistance, please contact us.

                        COHN LIFLAND PEARLMAN
                         HERRMANN & KNOPF LLP
                        Attorneys for Plaintiff Gene Mazo

                        BY: /s/ Walter M. Luers
                            Walter M. Luers, Esq.
                            A Member of the Firm

cc: Counsel of Record