

Genova Burns LLC
494 Broad Street, Newark, NJ 07102
Tel: 973-533-0777  Fax: 973.814.4045
Web: www.genovaburns.com
Affiliated with Genova Burns LLP

**Daniel A. Lebersfeld, Esq.**
Counsel
Member of NJ & NY Bar
Dlebersfeld@GenovaBurns.com
Direct Dial/Fax:  973.535.4443

November 14, 2024

**BY ELECTRONIC FILING**
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:    **Mazo v. Durkin, et al.**
            **Docket No.:   3:20-cv-08336-ZNQ-TJB**

Dear Judge Bongiovanni :

      This firm is counsel to defendant Christopher J. Durkin in his official capacity as Clerk of Essex County in the above-referenced action.  I write to request that the settlement conference, currently scheduled to be held in person on November 18, 2024 at 2:30 p.m., instead be held remotely at the same time and date.  We believe that the aims of the settlement conference can be achieved via remote appearances.  Counsel for plaintiff Eugene Mazo and defendants Junior Maldonado (Clerk of Hudson County) and Joanne Rajoppi (Clerk of Union County) all consent to this request and have reviewed the contents of this letter prior to submission.

      The Court's attention to this matter is greatly appreciated.

                        Respectfully submitted,

      **GENOVA BURNS LLC**

                       /s/  *Daniel A. Lebersfeld*
                      DANIEL A. LEBERSFELD

DAL
c:      All counsel (by electronic filing)