## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE MAZO,<br><br>    Plaintiff,<br>vs.<br><br>CHRISTOPHER DURKIN, in his official capacity as Essex County Clerk, et. al.,<br><br>    Defendants. | Civil Action No.: 3:20-cv-08336 (ZNQ)(TJB)<br><br>**NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

**TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 19, 2025, or on such other day as the Court may fix, Defendant Christopher Durkin, in his official capacity as Clerk of Essex County ("Defendant"), through his undersigned counsel, shall move this Court for the entry of an Order dismissing Plaintiff's Third Amended Complaint for lack of subject matter jurisdiction

In support of this Motion, Defendant relies on the accompanying Brief and Certification of Counsel with accompanying exhibits. A Proposed Order accompanies this Motion. Oral argument is requested.

This motion and supporting papers are being filed on the Court's ECF system, and as such, constitute good and sufficient service on all counsel.

April 25, 2025

               */s/ Angelo J. Genova*
               Angelo J. Genova, Esq.
               Daniel A. Lebersfeld, Esq.
               Katherine Szabo, Esq.
               GENOVA BURNS LLC
               494 Broad Street
               Newark, New Jersey 07102
               Tel: (973) 533-0777
               agenova@genovaburns.com
               dlebersfeld@genovaburns.com
               kszabo@genovaburns.com